# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TWON WEAVER,<br><br>                       Petitioner,<br><br>v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>                       Respondent. | Case No.: 18cv2888 BTM (LL)<br><br>**ORDER GRANTING TEMPORARY STAY OF EXECUTION FOR PREPARATION OF PETITION** |

On March 12, 2019, Petitioner filed a Motion for Further Stay of Execution of Death Sentence, requesting a stay "until the filing of the petition for writ of habeas corpus, which is due by November 14, 2019 under the AEDPA statute of limitations." (ECF No. 14, citing 28 U.S.C. § 2244(d)(1) and Civ LR HC.3(g)(3).) The current stay is set to expire on March 18, 2019. (See ECF No. 5 at 5.)

The Local Rules of this district provide for a temporary stay of execution for preparation of the petition, directing that "upon counsel's application for a temporary stay of execution accompanied by a specification of nonfrivolous issues to be raised in the petition, the district court must issue a temporary stay of execution unless no nonfrivolous issues are presented," that "[t]he temporary stay will remain in effect for one hundred twenty (120) days to allow newly appointed counsel to prepare and file the petition," and

that "[t]he temporary stay may be extended by the court upon a subsequent showing of good cause." Civ LR HC.3(g)(3).

In the declaration filed in support of the instant motion, Petitioner states that "Mr. Weaver intends to file a petition for writ of habeas corpus in this Court, alleging federal constitutional errors that entitle him to relief from the judgment of conviction and sentence of death as set forth in appellant's opening and reply briefs and petition for writ of habeas corpus and informal reply filed in the California Supreme Court." (ECF 14-1, citing People v. Weaver, 53 Cal. 4th 1056 (2012) and In re La Twon Weaver, California Supreme Court Case No. S193534.) Upon review of appellant's opening and reply briefs on direct appeal (see California Supreme Court Case No. S033149, People v. Weaver, La Twon R., available at https://www.courts.ca.gov/16762.htm, last visited March 13, 2019), and pursuant to Local Rule HC.3(g)(2), the Court **GRANTS** Petitioner's motion for a temporary stay of execution for preparation of the petition. The stay will remain in effect for one hundred twenty (120) days, up to and including **July 17, 2019**.

**IT IS SO ORDERED.**

Dated: March 14, 2019

_____
**HONORABLE BARRY TED MOSKOWITZ**
United States District Judge