JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Email: james@ycbtal.net

ELISABETH SEMEL
California SBN 67484
TY ALPER
California SBN 196840
Death Penalty Clinic
UC Berkeley School of Law
Berkeley, California 94720-7200
Telephone: (510) 642-0458
         (510) 643-7849
Email:   esemel@law.berkeley.edu
         talper@law.berkeley.edu

Attorneys for Petitioner
LA TWON WEAVER

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| LA TWON WEAVER, | Case No. 3:18-cv-02888-BTM-JLB |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | **PETITIONER'S REPORT ON THE STATUS OF STATE COURT HABEAS PROCEEDINGS** |
| RONALD DAVIS, | |
| Respondent. | Judge: Hon. Barry T. Moskowitz |

Petitioner La Twon Weaver, through counsel, submits this report regarding the status of the pending state habeas proceedings. Docket #61.

On June 12 and November 13, 2019, the California Supreme Court transferred the second and third state habeas petitions to the San Diego Superior Court. San Diego Superior Court Case No. HC23947.

On August 9, 2021, the superior court incorporated the third petition claims into the second petition. August 9, 2021 Order at 2. On January 18, 2022, petitioner filed an

1  informal response addressing whether the petition is barred as 'successive' as outlined in
2  *Friend*.  On May 4, 2022, respondent lodged the record in the superior court.  On June 3,
3  2022, respondent filed its informal reply.  On August 1, 2022, petitioner filed a sur-
4  response.

5  On June 13, 2023, the superior court issued an order inviting briefing pursuant to
6  the California Racial Justice Act.  On July 5, 2023, petitioner filed a response to Court's
7  invitation to submit further pleadings pursuant to the California Racial Justice Act.

8  On July 28, 2023, the Attorney General's Office withdrew as counsel for
9  respondent and gave notice that the San Diego County District Attorney's Office was
10  assuming full responsibility as counsel for respondent.

11  On May 9, 2024, the District Attorney filed a recommendation for resentencing
12  pursuant to Penal Code Section 1172.1.

13  On June 13 and August 20, 2024, the superior court held status conferences.  The
14  next status conference is set for October 1, 2024.

15  On September 1, December 3, 2023, January 22 and February 5, April 5, June 2 and
16  July 31, 2024, petitioner filed status reports with the superior court regarding the
17  California Racial Justice Act proceedings.  Petitioner will file an eighth status report by
18  October 1, 2024.

20  DATED: September 16, 2024          Respectfully submitted,
21                                     */s/ James Thomson*
22                                     JAMES THOMSON
23                                     */s/ Elisabeth Semel*
24                                     ELISABETH SEMEL
25                                     */s/ Ty Alper*
26                                     TY ALPER
27                                     Attorneys for Petitioner, LaTwon Weaver
28

Petitioner's Status Report