UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHAD OSO,<br><br>　　　　Defendant. | Case No. 24CR2134-BTM<br><br>ORDER DENYING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME |

The joint motion to continue the motion hearing/trial setting is DENIED without prejudice.

DATED: May 16, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Barry T. Moskowitz
　　　　　　　　　　　　　　　　　United States District Judge